

# Fourth Court of Appeals
## San Antonio, Texas

February 25, 2014

No. 04-14-00057-CV

**CITY OF SAN ANTONIO**,
Appellant

v.

**ALAMO AIRCRAFT SUPPLY, INC**., Alamo Aircraft, Ltd., Wulfe Rentals, Ltd., and Lobo GC, Ltd.,
Appellees

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-08223
Honorable Larry Noll, Judge Presiding

## O R D E R

The Appellant's Unopposed Motion to Extend Time to File Brief is GRANTED. The appellant's brief is due on March 31, 2014.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of February, 2014.

_____
Keith E. Hottle
Clerk of Court